UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

STATE OF ALABAMA          :
                          : ss.  **AFFIDAVIT**   18-MJ-105
                          :
COUNTY OF MOBILE          :

I, Jason Greene, being duly sworn, depose and state:

I am a Special Agent with Homeland Security Investigations (HSI). I am presently assigned to the Office of the Resident Special Agent in Charge in Mobile, Alabama (RAC Mobile). I have been so employed with HSI since January 2010. As part of my daily duties as an HSI Special Agent, I investigate criminal violations relating to the national security of the United States such as drug smuggling, arms trafficking, and financial crimes, including money laundering and bulk cash smuggling. I am authorized by the Homeland Security Act of 2002 to perform the duties provided by law and regulation and empowered to conduct investigations of offenses against the United States; conduct searches without warrant at the border or its functional equivalent; conduct inquiries related to alienage and removability; execute and serve search and arrest warrants; serve subpoenas and summonses; administer oaths; make arrests without warrant; require and receive information relating to offenses; and bear firearms.

This Affidavit is made in support of an application for the issuance of an arrest warrant for **William TOLOZA CUEZO, Jackson Alexander VERA CABEZ, Cesar Xavier GARCIA VERA, and Luis Eduardo MONTENEGRO MARTINEZ.** I am familiar with the information contained in this Affidavit based upon my involvement in this investigation and based on my conversations with other law enforcement officers.

Because this Affidavit is being submitted for the limited purpose of securing an arrest warrant, this affidavit may not include every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that evidence of violations of Title 46 U.S.C., Sections 70503 and 70506 (b) by **William TOLOZA CUEZO, Jackson Alexander VERA CABEZ, Cesar Xavier GARCIA VERA, and Luis Eduardo MONTENEGRO MARTINEZ** exist.

Title 46 U.S.C. 70503 makes it a crime to Manufacture, distribute, or possess with intent to distribute a controlled substance on vessels. (a) Prohibitions. - An individual may not knowingly or intentionally manufacture or distribute, or possess with intent to manufacture or distribute, a controlled substance on board a vessel of the United States or a vessel subject to the jurisdiction of the United States. Title 46 U.S.C. 70506 (b) penalizes attempts and conspiracies to violates Title 46 U.S.C. 70503.

As a result of the investigation described more fully below, there is probable cause to believe that **William TOLOZA CUEZO, Jackson Alexander VERA CABEZ, Cesar Xavier GARCIA VERA, and Luis Eduardo MONTENEGRO MARTINEZ**, conspired to and knowingly and intentionally manufactured or distributed, or possessed with intent to manufacture or distribute, a controlled substance on board a vessel of the United States or a vessel subject to the jurisdiction of the United States in violation of Title 46 U.S.C. Sections 70503 and 70506 (b).

The United States Coast Guard (USCG) has the authority under 14 U.S.C § 89 to make inquiries, examinations, inspections, searches, seizures, and arrests upon the high seas and water over which the United States has jurisdiction, to enforce federal laws.

On August 4, 2018, while on routine patrol in the Eastern Pacific Ocean, a Joint Interagency Task Force South (JIATF-S) Maritime Patrol Aircraft (MPA) visually detected a low

profile go-fast vessel (LPGFV) operating in international waters, approximately 302 nautical miles Northwest of the country of Ecuador and suspected to be engaged in drug trafficking. The vessel was heading North at a speed of approximately 10 knots. United States Coast Guard (USCG) Cutter 'TAHOMA' diverted to intercept. As the TAHOMA closed in on the suspect vessel, it launched its response assets to make contact with the vessel. TAHOMA requested and was granted a Statement of No Objection (SNO) and Right of Visit (ROV) boarding pursuant to international maritime law. The USCG helicopter arrived on scene and issued warning shots and the suspect vessel came dead in water (DIW). The USCG Over the Horizon (OTH) vessel arrived on scene and gained positive control of the suspect vessel. There were 4 individuals on board the suspect vessel and they were brought onboard the USCG vessel for officer safety.

The ROV yielded no flag flown, no vessel registration documents and no other indicia of nationality. The master of the vessel **William TOLOZA CUEZO,** claimed Colombian nationality for himself, but not for the vessel. With this information, TAHOMA was authorized to treat the vessel as without nationality and conduct a full law enforcement boarding. Two narcotics identification kit (NIK) tests were used on one of the bales from the suspect vessel and both tested positive for cocaine. At this point, TAHOMA was authorized to treat the 4 crew members as detainees and embark them onboard the TAHOMA. The TAHOMA completed the boarding, bringing all contraband and packaging material onboard the cutter. The approximate weight of the cocaine seized from the suspect vessel is 1,916 kilograms.

Based on the foregoing, the Affiant believes that there is probable cause to believe that **William TOLOZA CUEZO, Jackson Alexander VERA CABEZ, Cesar Xavier GARCIA VERA, and Luis Eduardo MONTENEGRO MARTINEZ,** did knowingly and intentionally violate the provisions of Title 46 U.S.C., Section 70503 and 70506 (b).

This Affiant respectfully requests that this Court issue an arrest warrant for **William TOLOZA CUEZO, Jackson Alexander VERA CABEZ, Cesar Xavier GARCIA VERA, and Luis Eduardo MONTENEGRO MARTINEZ.**

_____
Special Agent Jason Greene
Department of Homeland Security
Homeland Security Investigations (HSI)

THE ABOVE AGENT HAD ATTESTED TO THIS AFFIDAVIT PURSUANT TO FED. R. CRIM. P. 4.1(b)(2)(B) THIS _____ DAY OF AUGUST, 2018

U.S. Magistrate Judge Katherine P. Nelson
Digitally signed by U.S. Magistrate Judge Katherine P. Nelson
DN: cn=U.S. Magistrate Judge Katherine P. Nelson, o=Federal Judiciary, ou=U.S. Government, email=efile_nelson@alsd.uscourts.gov, c=US
Date: 2018.08.22 15:07:21 -06'00'

_____
KATHERINE P. NELSON
UNITED STATES MAGISTRATE JUDGE