# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | Criminal Case No. 1:18-cr-00250-TM |
| JACKSON ALEXANDER VERACABEZA | |

## SENTENCING MEMORANDUM

COMES NOW Jackson Alexander Vera Cabeza, by counsel, and files this Sentencing Memorandum.

Mr. Jackson Alexander Vera Cabeza is a citizen of Ecuador, born on April 2, 1999. Mr. Cabeza was aboard a vessel just over three hundred (300) miles off the coast of South America when the vessel was stopped and boarded by the United States Coast Guard. Mr. Cabeza was the youngest of the four (4) persons aboard the vessel. Mr. Cabeza became sure of the purpose of the vessel's journey when he was placed aboard the most unusual vessel, observed the armed men around the vessel and the general appearance of the vessel - and ultimately being escorted onto the vessel and saw the packages of cargo which were obviously illegal drugs.

Mr. Cabeza's arrival aboard the vessel was many days and a long journey from his family's home in the hills above the coast of Ecuador, where he had resided his entire life and worked from a very young age on a twenty (20) foot open boat with his father, which

had a seventy-five (75) horse power outboard motor.  He assisted his father in fishing by hand-line for tuna fish, which at times were plentiful, just off the coast of Ecuador.  The fishing vessel was pulled onto the shore each day at the end of fishing and he and his father sold some of the catch and kept enough to feed the large family that lived in a home made of sugarcane, covered with plastic and an outhouse which was simply dug into the ground.  Unfortunately, the seventy-five (75) horsepower engine was stolen from the boat and left the family without a means of getting to the fishing area, and hence no food and no money.  A man not known to Mr. Cabeza came to the village and to the family's house with the offer of a job, which Mr. Cabeza believed was a fishing job.  Mr. Cabeza packed a few items and got into the man's vehicle.  As the trip got longer, Mr. Cabeza became concerned about the true nature of the adventure.

    Mr. Cabeza began to doubt the true purpose of the trip as they got farther from his home and encountered less savory people.  The involvement of persons with weapons caused Mr. Cabeza to desire to return home and separate himself, but by then he was father from his home than he had ever been.  Ultimately, Mr. Cabeza was held against his will and was locked into a room in a house in the middle of a cemetery and when he insisted on leaving, was threatened and then told he could leave if he could pay an amount that both he and the others knew he did not have.

    Upon being placed on the vessel, it was obvious that it was loaded with a large amount of drugs and would not be making any fishing trips and this young man had no way of escaping from this situation.

    During the long trip, far from the coast, Mr. Cabeza was ordered to steer the vessel

at certain compass headings by the man in charge. The man in charge of the boat made all communications by cell phone with his superiors and reported the vessel's location to receive their next heading. The two (2) other persons on the boat, apart from the man in charge, were not able to keep the vessel on a correct heading; therefore Mr. Cabeza was ordered to be the relief driver.

Upon the vessel being stopped by the United States Coast Guard, boarded and the vessel being unloaded, the Coast Guard sank the vessel and proceeded South around the horn of South America and up the East Coast, bringing Mr. Cabeza and his co-defendants to port in Miami, Florida. They were then brought before a Federal Court with appointed attorneys and evidently signed necessary papers, agreeing to the matter being allowed to proceed in the Southern District of Alabama. After reviewing the evidence, and a review of the entire matter, Mr. Cabeza entered a plea of guilty.

Mr. Cabeza is young, speaks only Spanish and has been detained during this proceeding in the Escambia County Alabama Jail, located in Brewton, Alabama. Mr. Cabeza had previously never heard of a place called Alabama, much less the City of Brewton. Mr. Cabeza played a minimal role in the criminal activity and lacked knowledge of the scope of the criminal enterprise. Due to those facts, we ask this Honorable Court rule that Mr. Cabeza's sentence be commensurate with his involvement. Mr. Cabeza's Position In Regard to Sentencing Factors asked the Court to find a total offense level of 31 and a guideline imprisonment range of 108-135 months. We further ask the Court consider that this is a non-violent drug offense along with Mr. Cabeza's lack of criminal history and find he qualifies for sentencing below the statutory

mandatory minimum sentence of ten (10) years. Mr. Cabeza asks the Court deviate from the guidelines and sentence him to time served and have him immediately deported back to Ecuador.

Respectfully submitted,

s/ *Richard G. Alexander*
Richard G. Alexander (ALEXR4742)
Attorney for Jackson Alexander Vera Cabeza
75 St. Michael Street
Mobile, AL 36602
(251) 438-3666

CERTIFICATE OF SERVICE

I do hereby certify that on this the 31st day of December, 2019, I filed a true and correct copy of the foregoing upon Assistant United States Attorney George May via CM/ECF electronic system which will send him electronic notification.

s/ *Richard G. Alexander*