# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISON

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| vs. | §     1:18-cr-00250 |
| | § |
| LUIS EDUARDO MARTINEZ, | § |
| | § |
| Defendant. | § |

## DEFENDANT'S SENTENCING MEMO

COMES NOW Defendant, **LUIS EDUARDO MARTINEZ**, by and through his CJA Attorney, Buzz Jordan, and moves the Court to consider the following in sentencing the Defendant:

1. Defendant is 54;
2. Defendant is a citizen of Guatemala;
3. Defendant made it to the 6th grade;
4. Defendant was a welder until he hurt his eye and he became a fisherman;
5. Defendant is very poor;
6. Defendant has been in custody since his arrest on August 4, 2018;
7. The vessel Defendant was arrested on was not bound for the US and the Defendant never stepped foot on US soil;
8. Defendant was a "mule";
9. Defendant was not the captain/pilot of the vessel;
10. Defendant was not the leader of the vessel;
11. Defendant never resisted law enforcement;
12. Defendant has clearly demonstrated and accepted responsibility;
13. Defendant has attempted to provide 5k.1 substantial assistance to the US but was limited because all activities were not in the US;
14. Defendant cares for his 72 year old mother in Guatemala;
15. Defendant was raised by an alcoholic father who physically abused his mother and was sent to live with his grandparents from age 9-13;
16. Defendant's grandparents died when Defendant was 13 and Defendant lived on the streets of Guatemala;

17. Defendant has 6 children ages 31, 28, 26, 24, 23 and 16;

18. Defendant does not abuse alcohol or drugs.

WHEREFORE, Defendant's counsel moves that the Court consider all factors relevant to this Defendant, sentence Defendant to the minimum mandatory sentence of 15 years. Defendant will be 69 years old upon his release from a US prison and will be deported to Guatemala.

Defendant's counsel respectfully submits to the Court that a 15 year sentence is sufficient but not greater than necessary.

Respectfully Submitted,

/s/ Buzz Jordan
Buzz Jordan
Attorney for Defendant

OF COUNSEL:
BUZZ JORDAN, P.C.
1111 Dauphin Street
Mobile, AL 36604
buzz@rossandjordan.com

## CERTIFICATE OF SERVICE

I certify that on March 23rd 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

| AUSA George May | USPO Melissa Rankin |
|---|---|
| United States Attorney's Office | 201 St Michael St # 2, |
| 63 So. Royal Street, Suite 600 | Mobile, AL 36602 |
| Mobile, Alabama 36602 | |

/s/ Buzz Jordan
Buzz Jordan