

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
155 ST. JOSEPH STREET
MOBILE, AL 36602

CHARLES R. DIARD, JR.  (251) 690-2371
CLERK

April 4, 2023

Mr. Luis Eduardo Montenegro Martinez,

We received your request for documents. The total cost for prints of your requested items comes to a total of **$9.90**.

Please note some of the items you requested are text only entries an no document is available for them. The documents that will be included in your order, totaling to 99 pages are:

- Doc. 1
- Doc. 8
- Doc. 13
- Doc. 14
- Doc. 20
- Doc. 80
- Doc. 84
- Doc 154

Sincerely,
DEPUTY CLERK

*Joel Rogers*