EXHIBIT A

```
BERB5            *        INMATE EDUCATION DATA         *    06-14-2023
PAGE 001 OF 001  *             TRANSCRIPT               *    08:22:53

REGISTER NO: 19114-104    NAME..: GARCIA VERA              FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: BER-BERLIN FCI

--------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                     START DATE/TIME STOP DATE/TIME
BER  ESL EXEMPT ESL NEED-PERMANENTLY EXEMPT     11-12-2019 1250 CURRENT
BER  GED HAS    COMPLETED GED OR HS DIPLOMA     02-01-2020 1113 CURRENT

---------------------------- EDUCATION COURSES ------------------------------
SUB-FACL   DESCRIPTION                 START DATE  STOP DATE  EVNT AC LV  HRS
BER        BEGINNER'S CERAMICS         04-17-2023  04-17-2023  P   C  P    4
BER        BEGINNER'S CERAMICS         04-17-2023  05-13-2023  P   C  P    4
BER        WEIGHT MANAGEMENT           02-16-2022  04-17-2022  P   C  P   16
REE        PARENTING SKILLS            12-07-2020  01-08-2021  P   C  P   40
REE        ANGER MANAGEMENT AM         01-07-2020  02-27-2020  P   C  P   32
REE        40 HR DRUG CLASS AM (GROUP A) 11-14-2019 12-27-2019 P   C  P   42




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```


EXHIBIT B

# FSA Recidivism Risk Assessment (PATTERN 01.03.00)
Register Number:19114-104, Last Name:GARCIA VERA

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|

```
Register Number: 19114-104              Risk Level Inmate....: R-LW
Inmate Name                               General Level......: R-LW (25)
   Last.........: GARCIA VERA             Violent Level......: R-LW (15)
   First........: CESAR                Security Level Inmate: LOW
   Middle.......: XAVIER               Security Level Facl..: MEDIUM
   Suffix.......:                      Responsible Facility.: BER
Gender..........: MALE                 Start Incarceration..: 10/10/2019
```

**PATTERN Worksheet Summary**

| Item | Value | General Score | Violent Score |
|---|---|---|---|
| Current Age | 29 | 28 | 16 |
| Walsh w/Conviction | FALSE | 0 | 0 |
| Violent Offense (PATTERN) | FALSE | 0 | 0 |
| Criminal History Points | 0 | 0 | 0 |
| History of Escapes | 0 | 0 | 0 |
| History of Violence | 0 | 0 | 0 |
| Education Score | HighSchoolDegreeOrGED | -2 | -2 |
| Drug Program Status | NoDAPCompletion | 0 | 0 |
| All Incident Reports (120 Months) | 1 | 1 | 1 |
| Serious Incident Reports (120 Months) | 1 | 1 | 1 |
| Time Since Last Incident Report | 15 | 0 | 0 |
| Time Since Last Serious Incident Report | 15 | 0 | 0 |
| FRP Refuse | FALSE | 0 | 0 |
| Programs Completed | 1 | -3 | -1 |
| Work Programs | 0 | 0 | 0 |
| | Total | 25 | 15 |

**PATTERN Worksheet Details**

Item: Programs Completed, Value: 1
General Score: -3, Violent Score: -1
Risk Item Data
   Category - Assignment - Start              - Stop
   EDC        PARENTING   12/07/2020 11:12    12/07/2020 11:12
--------------------------------------------------------------------------
Item: Work Programs, Value: 0
General Score: 0, Violent Score: 0
Risk Item Data
   No Data

EXHIBIT A

```
     BERB5  531.01 *              INMATE HISTORY               *    06-14-2023
     PAGE 001 OF 001 *              PT OTHER                   *    08:23:28

     REG NO..: 19114-104 NAME....: GARCIA VERA, CESAR XAVIER
     CATEGORY: PTO        FUNCTION: PRT         FORMAT:

FCL      ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP  DATE/TIME
BER      ANG M WAIT ANGER MANAGEMENT CBT WAIT      12-27-2021 0814 CURRENT
BER      CR TH WAIT CRIMINAL THINKING WAIT         12-27-2021 0814 CURRENT
BER      EM SR WAIT EMOTIONAL SELF-REG CBT WAIT    12-27-2021 0814 CURRENT
BER      OCP EDU W  OCCUPATIONAL EDUC WAITLIST     11-28-2022 1509 CURRENT




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```