Luis Eduardo Montenegro Martinez
C/o Reg. No. 41016-018
Federal Correction Institution Bennettsville
P.O. Box 52020
Bennettsville, SC 29512

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>LUIS EDUARDO MONTENEGRO MARTINEZ<br>Defendant, | Case NO. 1:18-CR-00250-002<br><br>Honorable Judge MOORER<br><br>MOTION REQUESTING COURT APPOINTED COUNSEL UNDER THE CRIMINAL JUSTICE ACT, PURSUANT TO 18 U.S.C. § 3006A, BY A PRISONER IN FEDERAL CUSTODY. |

MOTION REQUESTING COURT APPOINTED COUNSEL UNDER THE CRIMINAL JUSTICE ACT,
PURSUANT TO 18 U.S.C. § 3006A, BY A PRISONER IN FEDERAL CUSTODY.
AMENDMENT 821 - PART B FOR THE NEW RETROACTIVE AMENDMENT
FOR CRIMINAL HISTORY "ZERO POINTS".

TO THE ABOVE ENTITLED COURT, THE UNITED STATES ATTORNEY'S OFFICE AND THE OFFICE OF THE FEDERAL PUBLIC DEFENDER, FOR THE DISTRICT OF ALABAMA SOUTHERN DISTRICT.

COMES NOW, Luis Eduardo Montenegro Martinez (hereinafter the "Defendant") who hereby respectufully moves this Honorable Court for an appointment of counsel under the Criminal Justice Act, pursuant to U.S.C. § 3006A.

The Defendant is currently in the custody of the Federal Bureau of Prisons (F.B.O.P.) serving the sentence imposed pursuant to the judgment and commitment of this Honorable Court in the above mentioned case matter. The Defendant is presently confined at FCI - Bennettsville, in Bennettsville, South Carolina.

The Defendant has been in federal custody since 08 / 04 / 2018 and is serving a sentence of 360 months of imprisonment in the F.B.O.P. Due to the Defendant's lengthy period of incarceration, he has become indigent with no ability nor resources to obtain private counsel.

Page 1

The Defendant is a "layperson", untrained in the science of law, who will be at an unjustly disadvantage when he soon files his MOTION FOR REDUCTION OF SENTENCE BASED ON THE AMENDMENT 821 - PART B FOR THE NEW RETROACTIVE AMENDMENT FOR CRIMINAL HISTORY "ZERO POINTS", in this Honorable Court in February 01st, 2024.

The Defendant does not possess the psychological, intellectual or language tools necessary to prepare said motion. However, the Defendant does meet the qualifications for remedy under the AMENDMENT 821 - PART B FOR THE NEW RETROACTIVE AMENDMENT FOR CRIMINAL HISTORY "ZERO POINTS", that was unanimously approved by the United States Sentencing Commission, which would take effect on February 01st, 2024. The Defendant will be left to navigate the complexities of the legal and factual issues that pertain to his individual case. "Lack of legal assistance . . . always violates the constitution." United States v. Cronic, 466 U.S. 648 (1984).

WHEREFORE, the Defendant, Luis Eduardo Montenegro Martinez , hereby respecfully moves this Honorable Court for an appointment of counsel under the Criminal Justice Act, pursuant to 18 U.S.C. §3006A, due to his status as an indigent "layperson" who is lawfully eligible for a Reduction of Sentence based on the new amendment to to the United States Sentencing Guidelines.

Dated this 20 day of December, 20 23.

Respectfully Submitted,

Luis Eduardo Montenegro Martinez
C/o Reg. No.41016-018
FCI Bennettsville
P.O. BOX 52020
Bennettsville, SC 29512

# CERTIFICATE OF SERVICE

I, <u>Luis Eduardo Montenegro Martinez</u>, hereby certify that I have served
~~a true and correct copy of the attached:~~ MOTION REQUESTING COURT APPOINTED COUNSEL UNDER THE CRIMINAL JUSTICE ACT, PURSUANT TO 18 U.S.C. 3006A, BY A PRISONER IN FEDERAL CUSTODY. AMENDMENT 821 - PART B FOR THE NEW RETROACTIVE AMENDMENT FOR CRIMINAL HISTORY "ZERO POINTS".,

by **placing** the same into a sealed envelope with First-Class postage fully pre-paid, and addressed to: <u>Clerk of Court</u>
<u>Office of the Court</u>
<u>John A. Campbell U.S. Courthouse</u>
<u>113 St. Joseph Street, Room 123</u>
<u>Mobile, AL 36602</u>

and by delivering the same to prison officials at the FCI - Bennettsville Mailroom for processing utilizing the "Special Mail" procedures.

It should be noted that utilization of "Special Mail" procedures under --- HOUSTON v. LACK, 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988), service is deemed filed on the date that it was delivered to prison officials for delivery to the United States Postal Service.

I, <u>Luis Eduardo Montenegro Martinez</u>, declare under the penalty of ~~perjury that the foregoing is true and correct, based upon my own personal~~ information, knowledge and beliefs.

DATED and EXECUTED this <u>20</u> day of <u>December</u>, 20<u>23</u> in the County of Marlboro, within the State of South Carolina.

Respectfully Submitted,

*[signature]*

Luis Eduardo Montenegro Martinez
C/o Reg. No. 41016-018
FCI Bennettsville
P.O. Box 52020
Bennettsville, SC 29512

Luis Eduardo Montenegro Martínez
C/o Reg. No. 41016-018
Federal COrrection Institution
Bennettsville
P.O. Box 52020
Bennettsville, SC 29512

-- LEGAL MAIL --

Federal Correctional Institution
696 Muckerman Rd., Bennettsville, S.C. 29512
Date: 12-20-2023
The enclosed letter was processed through Special Mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Clerk of Court
Office of the Clerk
John A. Campbell U.S. Courthouse
113 St. Joseph Street, Room 123
Mobile, AL 36602

36602-362148

COLUMBIA SC 29
20 DEC 2023 PM 3